**People of the State of Illinois, Plaintiff-Appellee, v. Jack A. Kent, Defendant-Appellant.**

**Gen. No. 53,275. (Abstract of Decision.)**

First District, Second Division.

May 27, 1969.

Rehearing denied June 17, 1969.

Richard James Stevens, William J. Stevens, Tenney, Bentley, Guthrie, Askow & Howell, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Michael D. Stevenson, Assistant State's Attorneys, of counsel), for appellee. Opinion by MR. JUSTICE McCORMICK. Not to be published in full.

**People of the State of Illinois, Plaintiff-Appellee, v. Samuel Mastin, Defendant-Appellant.**

**Gen. No. 52,257.**

First District, Fourth Division.

May 28, 1969.